IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICALS USA, INC.,<br><br>    Movant,<br><br>  v.<br><br>ALLERGAN, INC., ALLERGAN SALES, LLC, and, ALLERGAN USA, INC.,<br><br>    Respondents. | Case No.<br><br>Judge<br><br>Related to: Shire US, Inc. v. Allergan, Inc., et al.<br><br>Civil Action No. 2:17-cv-07716-JMV-SCM<br><br>Pending in the United States District Court for the District of New Jersey |

## TAKEDA PHARMACEUTICALS USA, INC.'S MOTION TO QUASH

NOW COMES, Takeda Pharmaceuticals USA, Inc. ("Takeda") for its Motion to Quash, and states as follows:

1. By this Motion, Takeda requests this Court quash a subpoena served on it on December 6, 2018 (the "Subpoena") by Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc. ("Allergan") in connection with a Sherman Act lawsuit filed against Allergan by Shire Inc. in the United States District Court for the District of New Jersey (Case No. 17-Cv-07716, D.N.J., (the "Shire-Allergan Lawsuit").

2. Takeda is not a party to the Shire-Allergan Lawsuit.

3. Takeda served timely objections to Shire's Subpoena on December 20, 2018.

4. Allergan's Subpoena is improper because it is overly broad, creates an undue burden on Takeda, a non-party, and seeks documents that are not relevant to Shire-Allergan Lawsuit. Takeda does not market or sell any products that compete with the products at issue in

the Shire-Allergan Lawsuit, which concerns the market for treatment of dry eye disease. Further Allergan's Subpoena would require Takeda to disclose highly confidential and competitively sensitive material to Allergan, with whom Takeda competes in entirely different markets (for the treatment of chronic constipation and depression).

5. For these reasons, as explained in more detail in the accompanying memorandum of law, Takeda respectfully requests that the Court quash the Subpoena.

WHEREFORE, Takeda respectfully requests that this Court enter an order granting its Motion to Quash.

Dated: January 25, 2019

Respectfully submitted,

By: /s/ *Luke Schubert*
Morgan R. Hirst (IL- 6275128)
Mhirst@jonesday.com
Luke Schubert (IL- 6330405)
Lschubert@jonesday.com
JONES DAY
77 W. Wacker Dr.
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Counsel for Movant, Takeda Pharmaceuticals, USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies on January 25, 2019 that it served a copy of this document via United States Mail and email on the following counsel who issued the Subpoena at issue on behalf of Allergan.

Eric J. Stock
Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com

Andrew B Blumberg
Gibson Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
ablumberg@gibsondunn.com

By: /s/ *Luke Schubert*
One of the Attorneys for Takeda Pharmaceuticals, USA, Inc.